**ORIGINAL**

UNITED STATES DISTRICT COURT  SEND
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTE ORDER - GENERAL</u>

Case No. <u>CR 02-39(A)-RSWL</u>                                    Date <u>January 11, 2005</u>

PRESENT: HONORABLE <u>RONALD S. W. LEW</u>, DISTRICT JUDGE

| <u>Kelly Davis</u> | <u>Sheri Kleeger</u> | <u>Greg Jessner & Patrick Fitzgerald</u> |
|---|---|---|
| COURT CLERK | COURT REPORTER | ASSISTANT U.S. ATTORNEY |

| U.S.A. -v- DEFENDANTS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) <u>EARL LESLIE KRUGEL</u> | (1) <u>PETER MORRIS</u> |
| <u>X</u> PRESENT     <u>X</u> CUSTODY | <u>X</u> PRESENT  <u>X</u> RETAINED |

PROCEEDINGS: MOTION

Court and counsel confer. At government's request, the Court makes inquiry of possible conflict of interest. The Court finds a conflicts exists between the defendant and defense counsel. The Law Office of Altman & Morris is relieved from this case.

Due to defendant's indigent status, the Court refers this case to the Federal Defender's Office for appointment of new counsel. New counsel shall contact Peter Morris or Brian Altman at (310)277-8481, in order to transfer file. Due to counsel being excused, the jury trial date of January 25, 2005, is VACATED. Government counsel shall submit an excludeable time order for this Court.

Defendant's Ex Parte to continue Pretrial Motions and Trial is DENIED AS MOOT. Defendant's Ex Parte to Exclude is not accepted for filing by the Court. New counsel may revisit this issue at a later time. Defendant's request to visit a private dentist is DENIED. The Court sets a Status Conference for this case on JANUARY 20, 2005, at 9:00 a.m.



ENTER ON ICMS
JAN 1 2 2005

Initials of Deputy Clerk kd