ORIGINAL

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No:  CR 02-39(A)-RSWL                              Date: <u>September 23, 2005</u>

================================================================================

PRESENT:  HONORABLE RONALD S.W. LEW, Judge

<u>Kelly Davis</u>              <u>Sheri Kleeger</u>              <u>Greg Jessner</u>
Court Clerk                 Court Reporter               Asst. U. S. Attorney

<u>Earl Leslie Krugel</u>         <u>Jay Lichtman</u>
Defendant - Custody         Counsel  -  aptd

**SENTENCE:**
<u>X</u>   **REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER**  (attached hereto) **or**
<u>X</u>   **SEE BELOW.**
____ Imprisonment for _____ on each of count(s) _____ Count(s) _____
     concurrent/consecutive to count(s) _____ Fine of $_____ is
     imposed on each of count(s) _____ Execution ____ Imposition of ____ Sentence
     as to imprisonment only suspended
     on counts _____.
____ Imposition of fine suspended on count(s) _____.
____ Confined in a jail-type institution for _____ to be served
     on consecutive _____ from _____ to _____,
     commencing _____ to _____,
     and thereafter until the jail-type sentence has been completed;
     ____ months/years ____ SUPERVISED RELEASE ____ PROBATION imposed on
     count(s) _____ consecutive/concurrent to count(s) _____
     under the usual terms and conditions (see back of Judgment/Commitment Order)
     and the following additional terms and conditions, under the direction of the Probation Office:

          ____ Perform _____ hours of community service.
          ____ Serve _____ in a CCC/CTC.
          ____ Pay $_____ fine in amounts and times determined by P/O.
          ____ Make $_____ restitution in amounts and times determined by P/O.
          ____ Participate in a program for treatment of narcotic/alcohol addiction.
          ____ Pay any fine, assessment or costs imposed by this sentence & that remains
               unpaid at commencement of community supervision.
          ____ Comply with the rules/regulations of INS, if deported not return to U.S.A.
               illegally and upon any reentry during period of supervision report to the
               nearest P/O within 72  hours.

____ Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment and
     supervision.  The Court FINDS the defendant does not have the ability to pay.
____ Pay $_____, per count, special assessment to the United States for a total of $_____
____ Imprisonment for _____ and for a study pursuant to 18 USC _____ with results to  be
     furnished to the Court within _____, not later than _____, whereupon the     sentence
     shall be subject to modification.  This matter is set for further hearing on _____
<u>X</u>   Defendant has a limited right to appeal within 10 days of today's date.
____ ORDER sentencing transcript for Sentencing Commission. ____ FILED statement of reasons.
____ Execution of sentence is stayed until 12 noon, _____ at which
     time  the defendant shall surrender to the designated facility of the Bureau of
     Prisons or, if no designation made, to the U. S. Marshal, Los Angeles.
____ Defendant ORDERED remanded to/released from custody of U.S. Marshal forthwith.
____ Issued remand/release #_____.
____ Present bond to continue as bond on appeal.
<u>X</u>   FILED and distributed judgment.  Issd JS-3. ENTERED.

                                                   ENTER ON CMS
                                                   SEP 2 6 2005

cc: USPO
    PTS

                                                   Deputy Clerk Initials kd

CR 90 (2/91)            CRIMINAL MINUTES - SENTENCING AND JUDGMENT

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No.    CR 02-39(A)-RSWL |
| Defendant    EARL LESLIE KRUGEL<br>akas: | Social Security No.    1 3 8 9<br>(Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on    MONTH 09   DAY 22   YEAR 05

**COUNSEL**    [X] WITH COUNSEL    JAY LICHTMAN, APPOINTED
(Name of Counsel)

**PLEA**    [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.    [ ] NOLO CONTENDERE    [ ] NOT GUILTY

**FINDING**    There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC 241: Conspiracy Against Civil Rights (Civil 1), 18 USC 844(h)(2): Carrying an Explosive During the Commission of a Federal Felony (Count 2), Class C Felonies

**JUDGMENT AND PROB/ COMM ORDER**    The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed on Counts 1 and 2 of the First Superseding Information to the custody of the Bureau of Prisons to be imprisoned for a total of **240 MONTHS**. This term consists of 120 months on Count 1, and 120 months on Count 2, to be served consecutively to each other.

IT IS ORDERED that the defendant shall pay to the United States a special assessment of $200.00, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that such sanction would place an undue burden on the defendant's dependents.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. This term consists of three years on each of Counts 1 and 2, all such terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 318;

2. During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

| USA vs. | EARL LESLIE KRUGEL | Docket No.: | CR 02-39(A)-RSWL |
|---|---|---|---|

3.  The defendant will not associate with any current or former members or associates of the Jewish Defense League (JDL) or participate in activities of the JDL or any groups affiliated with the JDL.

4.  The defendant shall cooperate in the collection of a DNA sample from the defendant.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low-risk of future substance abuse.

The defendant has a limited right to appeal within 10 days of today's date. The Court recommends housing in the Southern California area. Government's motion to dismiss the Indictment and First Superseding Indictment is GRANTED without prejudice.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

September 22, 2005
Date

_____
U. S. District Judge RONALD S.W. LEW

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

September 22, 2005
Filed Date

By KELLY DAVIS
Deputy Clerk

USA vs. EARL LESLIE KRUGEL      Docket No.: CR 02-39(A)-RSWL

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
5. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
6. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
7. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
8. the defendant shall support his or her dependents and meet other family responsibilities;
9. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
10. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
11. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
12. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
13. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
14. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
15. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
16. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
17. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
18. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
19. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

USA vs.  EARL LESLIE KRUGEL                                     Docket No.:  CR 02-39(A)-RSWL

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs. EARL LESLIE KRUGEL                                    Docket No.:   CR 02-39(A)-RSWL

SCANNED

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
Deputy Marshal

_____
Date

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Filed Date

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend

USA vs.   EARL LESLIE KRUGEL                                    Docket No.:   CR 02-39(A)-RSWL

the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)_____          _____
         Defendant                                          Date


_____                    _____
U. S. Probation Officer/Designated Witness              Date